UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK STILES,

              Plaintiff,

   v.

FOOD LIFELINE,

              Defendant.

CASE NO. 2:20-cv-01853-RAJ

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this 28th day of December, 2020.

                                            _____
                                            BRIAN A. TSUCHIDA
                                            Chief United States Magistrate Judge