# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK STILES,<br><br>                    Plaintiff,<br><br>v.<br><br>FOOD LIFELINE,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:20-cv-01853-RAJ |

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

For the reasons set forth in the Court's Order of November 3, 2021, Judgment is entered in favor of Defendant Food Lifeline, against Plaintiff Mark Stiles.

DATED this 3rd day of November, 2021.

                                             RAVI SUBRAMANIAN,
                                             Clerk of the Court

                                             By:   */s/ Victoria Ericksen*
                                                           Deputy Clerk